IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HAMMOND MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| vs. | ) | 1:22-cv-00317 |
| | ) | |
| TALI CORP, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF INTENT TO VOLUNTARILY DISMISS**

Plaintiff Anthony Hammond Murphy and Defendant Tali Corp, by and through their respective counsel, hereby advise the Court of their intention to file a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and will therein request that the case be dismissed and closed. The parties anticipate and expect to file dismissal with prejudice documents on or before January 12, 2023.

The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences

Respectfully submitted,

**LAWRENCE H. FISHER, ESQ.**          **JACKSON LEWIS, P.C.**

*/s/ Lawrence H. Fisher*                         */s/ Joseph J. Lynett*
Lawrence H. Fisher                                  Joseph J. Lynett, Esq.
Lawfirst@lawrencefisher.com              JACKSON LEWIS P.C.
One Oxford Centre                                   666 Third Avenue
301 Grant Street, Suite 270                      29th Floor
Pittsburgh, PA 15219                               New York, NY 10017
Tel: (412) 577-4040                                  Tel: (914) 872-6888
*Attorney for Plaintiff*                             Joseph.lynett@jacksonlewis.com
                                                                *Attorneys for Defendant*

Dated: December 14, 2022